IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-031 |
| | ) | |
| ALVIN WAYNE SNELLGROVE | ) | |

**O R D E R**

At his initial appearance on December 2, 2024, Defendant requested appointment of counsel and the government stated its intention to seek detention pending the final revocation hearing. The Court appointed Holly Chapman to represent Defendant. At the outset of today's detention hearing, the government withdrew its request for detention and agreed with defense counsel's proposal for Defendant to be released to a substance abuse recovery center. Accordingly, the Court releases Defendant on the same supervised release conditions as imposed on April 11, 2023, and further imposes the following special conditions:

- Attend and successfully complete inpatient substance abuse treatment at Fresh Wind recovery Ministry ("Fresh Wind") in Athens, Georgia;

- Defendant shall not leave the campus of Fresh Wind, except as necessary to comply with Fresh Wind's program requirements and Court appearances;

- If Defendant is removed from the program for any reason, Defendant must report immediately to the United States Probation Office;

If Defendant successfully completes the program prior to the revocation hearing, he shall remain on release, subject to the original supervised release conditions.

Because Defendant has waived the right to a preliminary hearing, this matter should proceed to a final revocation hearing before the presiding District Judge.

SO ORDERED this 10th day of December, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA