# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: CR 122-031  
DATE: 12/11/2025  
TIMES: 2:32pm - 2:56pm

UNITED STATES OF AMERICA  
v.  
Alvin Wayne Snellgrove

Honorable Randal J. Hall  
COURTROOM DEPUTY: Lisa Widener  
COURT REPORTER: Lisa Davenport  
USM:  
PROBATION OFFICER: Baylan Thomas  
SECURITY:  
ATTORNEY for GOVERNMENT: George Jacobs  
ATTORNEY for DEFENDANT(s): Holly Chapman

PROCEEDINGS: Final Revocation Hearing

- [x] All parties present and ready to proceed
- [x] Court advises defendant of allegations contained in petition and rights
- [x] Defendant stipulates as to allegations in petition 1-10
- [x] Court finds the Defendant's waiver of hearing and stipulation to allegations knowing and voluntary
- [ ] Defendant wishes to have hearing on allegations
- [ ] Witness for Government: ___ [ ] Witness is sworn
- [ ] Witness for Government: ___ [ ] Witness is sworn
- [ ] Witness for Defendant: ___ [ ] Witness is sworn
- [ ] Witness for Defendant: ___ [ ] Witness is sworn
- [x] No objections to factual statements and guidelines contained in revocation report. The Court adopts those factual statements and guidelines.
- [x] Court finds the Defendant did violate terms and conditions of release and orders supervised revoked.
- [x] Court orders Defendant committed to the BOP for a term of 11 months with no supervision to follow.
- [x] Defendant is remanded to custody of USMS.
- [x] Defendant is advised of appeal rights.